# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**DJ Manufacturing Corp.**
Plaintiff(s)

vs.

**Tex-Shield, Inc., et al.**
Defendant(s)

Civil No. 97-1457 (SEC)
98-2005 (RLA)
consolidated

RECEIVED & FILED 1999 SEP 14 PM 8:__

## DESCRIPTION OF MOTION

DATE FILED: 9/7/99   DOCKET: 42   TITLE: Proof of Service of Amended Complaint

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED           [ ] DENIED

[✓] NOTED             [ ] MOOT

## ADDITIONAL COMMENTS:

The Court notes, however, that plaintiffs have neither sought leave to amend the complaint nor tendered such an amended complaint. It thus finds that serving said document upon defendants does not serve to amend the complaint.

13 SEP 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

