IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DS Manufacturing Corp.
Plaintiff(s)

v.

Tex-Shield, Inc., et. al.
Defendant(s)

Civil No. 97-1457 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: Oct. 15, 99   DOCKET #: 49   TITLE: Motion Requesting Extension of Time to file opposition to defendant's motion to dismiss.

[X] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

No further extensions shall be granted re: this issue. Deadline for reply is extended until November 05, 1999.

Oct. 18, 1999
DATE

SALVADOR E. CASELLAS
United States District Judge