IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

D.J. Manufacturing Corp
_____
Plaintiff(s)

v.

Tex-Shield, Inc.
_____
Defendant(s)

Civil No. 97-1457 (SEC)

RECEIVED & FILED
99 NOV 24 PM 2:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|

DATE FILED: Sept. 27, 1999   DOCKET #: 46   TITLE: Plaintiff's reply to defendant Tex-Shield's Informative Motion

[X] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED            [X] DENIED

[ ] NOTED              [ ] MOOT

| COMMENTS |
|---|

The Court is clear about the scope of the order it issued.

23 NOV 99
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

(54)