**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

D.J. Manufacturing Corp.
_____
Plaintiff(s)

Civil No. 97-1457 (SEC)

v.

TexShield, Inc.
_____
Defendant(s)

RECEIVED & FILED
99 NOV 24 PM 2: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

---

### DESCRIPTION OF MOTION

DATE FILED: Nov. 5, 1999   DOCKET #: 51   TITLE: Motion Requesting a Status Conference to consider ammendment to C.M.O.

[X] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

---

DISPOSITION:

[ ] GRANTED         [X] DENIED

[ ] NOTED           [ ] MOOT

---

### COMMENTS

The court has taken under adjusement the pending motions to dismiss (Docket #47 and opposition filed on Nov. 15, 1999 (Docket # 52).

---

23 NOV 99
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

(55)