IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**U.J. Manufacturing Corp.**
Plaintiff(s)

v.

**Tex-Shield, Inc.**
Defendant(s)

Civil No. **97-1457** (SEC)

RECEIVED & FILED
99 DEC -7 AM 7:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: **11/23/99**   DOCKET #: **53**   TITLE: *Motion requesting leave to reply and one week extension to Dec. 7, 1999 therefor.*

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s) *Tex Shield, Inc.*

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

*Until December 7, 1999.*

_____
**3 XII 99**
DATE

_____
SALVADOR E. CASELLAS
United States District Judge