IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ Manufacturing Corporation
_____
Plaintiff(s)

v.

Tex-Shield, Inc., et al.
_____
Defendant(s)

Civil No. 97-1457(SEC)

RECEIVED & FILED
99 DEC 17 AM 8:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 12/13/99   DOCKET #: 61   TITLE: Motion Requesting Extension of Time, etc.

[X] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED    [ ] DENIED

[ ] NOTED      [ ] MOOT

## COMMENTS

Until January 17, 2000, but no further extensions will be granted regarding this issue.

(s)

___16 XII 99___
DATE

___/s/ Salvador E. Casellas___
SALVADOR E. CASELLAS
United States District Judge

63