IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| D.J. MANUFACTURING CORP. | * |
| Plaintiff | *  Civil No. 97-1457(SEC) |
| v. | * |
| TEX-SHIELD, INC.; et al. | * |
| Defendants | * |

## ORDER

Upon plaintiff's motion (**Docket # 64**), the Clerk of the Court is hereby **ORDERED** to cause that service of process be effected pursuant to Fed. R. Civ. P. 4(f), (h) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents upon defendant BLUCHER GmbH, through the German Republic designated Central Authority, Prasident des Oberlandesgerichts Dusseldorf.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)