UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORP.
    Plaintiff
          v.                          Civil No. 97-1457(SEC)
TEX-SHIELD, INC., et. al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #67**<br>**Motion Requesting Leave to Reply and Term of Three Working Days Therefor** | Leave to reply **granted**. Extension of time, **moot**. |
| **Docket #68**<br>**Defendant Tex-Shield, Inc.'s Motion for Reconsideration of Order** | **DENIED.** The Court has considered this motion in conjunction with DJ Manufacturing's opposition **(Docket #71)** and **ORDERS** as follows:<br>(1) The Court *clarifies for the record* that Blucher GmbH is not a party to Civil No. 97-1457(SEC) although it was summoned under that case. However, Blucher GmbH *is* a party to Civil No. 98-2065(RCA), a case consolidated with Civil No. 97-1457(SEC), the case of caption;<br>(2) Any future documents related to 98-2065(RCA) shall be filed under that caption. *The Clerk of the Court is ordered to file a copy of Dockets #64, 65, 68, 71, and of this Order under 98-2065(RCA).* |

DATE: February 1⁴, 2000

SALVADORE E. CASELLAS
United States District Judge

