IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 16 PM 3:01
CLERK'S OFFICE
US DIST COURT
SAN JUAN PR

D.J. Manufacturing Corp.
_____
Plaintiff(s)

v.

Blucher GmBH, et. al.
_____
Defendant(s)

Civil No. 97-1457(SEC)
Consolidated Case:
98-2065(SEC)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 5/5/00   DOCKET #: 78   TITLE: "Motion Requesting Extension of Time to file Opposition to Def. Blucher GmBH's 'Motion to Dismiss'"

[X] Plaintiff(s)      [ ] Third Party Defendant(s)
[ ] Defendant(s)      [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| COMMENTS |
|---|

Until 6/8/00 (June 8, 2000).

15 V 00
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

(4)

79 no