# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORP.       *
                             *
    Plaintiff                *
                             *   **Civil No. 97-1457(SEC)**
        v.                   *   consolidated with 98-2065
                             *
TEX-SHIELD, INC., et. al.    *   *ANTITRUST, DAMAGES*
                             *
    Defendants               *
**************************************

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, to become part of his load of cases pursuant to Local Rule 302(2).

**SO ORDERED.**

In San Juan, Puerto Rico, this 7TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)