UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORP.

    Plaintiff(s)

    v.                        CIVIL NUMBER: 97-1457 (JAG)

TEX-SHIELD, INC.

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 06/19/00<br>**Title:** Motion for Leave to File Reply to Plaintiff's Opposition to Motion to Dismiss<br>**Docket:** 81<br>[ ] Plffs  [x] Dfts  [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to File Opposition to Defendant's Motion for Leave to Reply (by Plff, 07/24/00); Motion to Strike Opposition Response by DJ Manufacturing (by Blucher, 08/08/00)<br>**Docket:** 82, 84<br>[ ] Plffs  [ ] Dfts  [ ] Other | **DENIED.** |

**Date:** 10/03/00

                                JAY A. GARCIA-GREGORY
                                U.S. District Judge