UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                                     DATE: OCTOBER 10, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                    CASE NO. CIVIL 97-1457 JAG

===============================================================

D. J. MANUFACTURING CORP.                    Attorneys:
                                             For Plaintiffs:

         VS
                                             For Defendants:
TEX SHIELD INC.

===============================================================

By Order of the Court a Status Conference in the above-mentioned case is hereby scheduled for **Tuesday, October 24, 2000 at 11:00 AM before Judge Garcia Gregory.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY