UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: NOVEMBER 3, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 97-1457 (JAG)**

==================================================================

DJ MANUFACTURING                          Attorneys:
CORPORATION                               For Plaintiff:

   V

                                          For Defendant:
TEX-SHIELD, INC.
==================================================================

The parties filed a motion by consent requesting that the October 24, 2000 status conference be continued which was granted by the Court. The Court is waiting for the dates which are to submitted for the rescheduling of the same. After they are submitted the status conference will be rescheduled for a date agreed to by the parties.

Parties to be notified.

                                    _____
                                         Lily Alicea-Courtroom Deputy

