UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: NOVEMBER 13, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO. CIVIL 97-1457 (JAG)**

==================================================================

D J MANUFACTURING CORP.             Attorneys:
                                      For Plantiff:
         V

                                      For Defendant:
TEX SHIELD, INC.
==================================================================

By Order of the Court the status conference in the above-mentioned case is hereby reset for **Tuesday, December 19, 2000 at 10:30 AM.**

Parties to be notified.

              _____
              Lily Alicea-Courtroom Deputy

