UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC -1 AM 9 46
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

DJ MANUFACTURING CORP.

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-1457 (JAG)

TEX-SHIELD, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|

**Date:** 10/24/00
**Title:** Tex-Shield, Inc.'s Motion by Consent of Plaintiff Requesting that Status Conference be Rescheduled

**GRANTED.**

**Docket:** 88
[ ] **Plffs**   [x] **Dfts**   [ ] **Other**

**Date:** November 28, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

