UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**   DATE: DECEMBER 19, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**     **CASE NO. CIVIL 97-1457 (JAG)**

===================================================================

| | |
|---|---|
| D.J. MANUFACTURING CORP. | Attorneys: |
|  | For Plaintiff: EUGENE HESTRES |
| VS | MARC LAMER |
|  |  |
| TEX SHIELD, INC. | For Defendant: PEDRO JIMENEZ |
|  | MICHAEL MCCALL |
|  | TIMOTHY BEEKEN |
|  | DAN ABUCHEL |

===================================================================

Case called for status conference. Defendants have filed a motion to dismiss. Parties argue their respective position as this motion.

Defendants are granted three weeks to file brief revisiting this issue and plaintiff will have three weeks thereafter to reply to the same.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

92