UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORP.

Plaintiff(s)

v.                                    CIVIL NUMBER: 97-1457 (JAG)

TEX-SHIELD, INC.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 01/04/00<br>**Title:** Motion Requesting Extension of Five Working days<br>**Docket:** 93<br>[ ] **Plffs**  [x] **Dfts**  [ ] **Other** | **GRANTED.** Defendant Tex-Shield, Inc. has until January 16, 2001 to file its supplemental briefing. |

Date: January 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge