UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORP.

    Plaintiff(s)

    v.                           CIVIL NUMBER: 97-1457 (JAG)

TEX-SHIELD, INC.

    Defendant(s)

| MOTION | ORDER |
|---|---|

**Date:** 03/29/01
**Title:** Motions Requesting Leave to Reply    GRANTED.
and a Term of One Day Therefor
**Docket:** 106, 107
[ ] **Plffs**  [ x ] **Dfts**  [ ] **Other**

**Date:** April 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

