IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DJ MANUFACTURING CORPORATION | |
| Plaintiff | Civil No. 97-1457 (JAG) |
| v. | Antitrust |
| TEX-SHIELD, INC., BLUCHER GMBH, BLUCHER USA, and CREATIVE APPAREL. | |
| Defendants. | |
| DJ MANUFACTURING CORPORATION | Civil No. 98-2065 (JAG) |
| Plaintiff | Antitrust |
| v. | |
| BLUCHER GMBH, BLUCHER USA, and CREATIVE APPAREL. | |
| Defendants. | |

### JUDGMENT

Based on the Opinion and Order issued today, the Court enters judgment dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of June, 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge