IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DJ MANUFACTURING CORPORATION : | CIVIL NO. 97-1457 (JAG) |
| : | Antitrust |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| TEX-SHIELD, INC, BLUCHER GmBH, : | |
| BLUCHER USA, and CREATIVE APPAREL : | |
| : | |
| Defendant : | |
| : | |
| | |
| DJ MANUFACTURING CORPORATION : | CIVIL NO.  98-2065 (JAG) |
| : | Antitrust |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| BLUCHER GmBH,  BLUCHER USA, and : | |
| CREATIVE APPAREL : | |
| : | |
| Defendant : | |

..................................

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, D.J. Manufacturing Corporation, in the consolidated cases as captioned by the Court above, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Opinion and Order dismissing all claims against Defendants for failure to state a claim upon which relief can be granted, thereby mooting Plaintiff's Motion for




NOTICE OF APPEAL
CIVIL NO. 97-1457 (JAG)
CIVIL NO. 98-2065 (JAG)
PAGE - 2 -

Partial Summary Judgment under §264 of the Puerto Rico Antimonopoly Act, 10 L.P.R.A. §264 in these consolidated actions entered on 2nd day of July, 2002.

IT IS HEREBY CERTIFIED that a true copy of the foregoing notice was mailed, by regular mail, postage prepaid, to Pedro Jiménez, Esquire, González Oliver, Correa Calzada, Collazo Salazar, Herrero & Jiménez, PH Suite, Santander Mortgage Plaza, 279 Ponce de León Avenue, San Juan, Puerto Rico 00917; and to Daniel Abuhoff, Esquire, and Timothy K. Beeken, Esquire, Debevoise & Plimpton, 875 Third Avenue, New York 10022.

BIRD BIRD and HESTRES, P.S.C.
ATTORNEY for PLAINTIFF
DJ Manufacturing Corp.
P.O. Box 9024040
San Juan, PR 00902-4040
Telephone: 787-721-0190
Fax: 787-724-5305

By: _____
Eugene F. Hestres
PR-USDC 121310

OF COUNSEL:

KOSTOS & LAMER, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated:   July 31, 2002