**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*CLERK'S OFFIC*
*U.S. DISTRICT COU*
*SAN JUAN, P.R.*
*2002 OCT 17 AM 11: 30*
*RECEIVED AND FILED*

DJ MANUFACTURING CORP.
    **Plaintiff(s)**

       **v.**                               **CIVIL NO.** 97-1457  (JAG)

TEX-SHIELD INC. CO.
XYZ INSURANCE COMPANIES
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   October 3, 2002<br>**Title:**  Motion requesting leave to file reply<br>**Docket(s):**124 | GRANTED. |

☐ **Plaintiffs**     ☐ **Third Party**
X **Defendant(s)**  ☐ **Other**

**Date:**   *10 . 15 - 02*         *U. S. n. j.*

                                    **JAY A. GARCIA-GREGORY**
                                    **U.S. District Judge**

