UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORPORATION
    **Plaintiff(s)**

v.                                                     CIVIL NO. 97-1457 (JAG)

TEX-SHIELD INC., CO.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2/5/2003<br>**Title:** Motion seeking leave to withdraw as counsel<br>**Docket(s):** 127<br><br>☐ **Plaintiffs**   ☐ **Third Party**<br>X **Defendant(s)**  ☐ **Other** | GRANTED. The docket shall reflect that Michael C. McCall of the law firm of Correa, Collazo, Herrero, Jiménez and Fortuño will no longer represent defendant in this action. Attorneys Pedro Jiménez and Katarina Stipec of the same law firm will hereafter serve as counsel for defendants. |

Date: February 11, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge