UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DJ MANUFACTURING CORPORATION
    **Plaintiff(s)**

v.

                          CIVIL NO. 97-1457 (JAG)

TEX-SHIELD, INC ET. ALS.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2/19/2003<br>**Title:** Defendant Tex-Shield, Inc.'s Motion requesting a status conference<br>**Docket(s):**129<br><br>☐ Plaintiffs    ☐ Third Party<br>x Defendant(s)    ☐ Other | DENIED. |

Date: September 25, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge