IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------- x

| | |
|---|---|
| DJ MANUFACTURING CORPORATION, : | |
| : | CIVIL NO. 97-1457(JAG) |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| TEX-SHIELD, INC.; : | |
| XYZ INSURANCE COMPANIES, : | |
| : | |
| Defendants. | |

------------------------------------------------------- x

**FINAL JUDGMENT ON ARBITRAL AWARD**

Upon consideration of "Defendant Texshield's Renewed Motion for Entry of Final Judgment on an Arbitral Award, Plus Prejudgment Interest, and for the Issuance of a Writ of Execution" (Docket No. 135) and the opposition thereto, the Court hereby **ENTERS FINAL JUDGMENT** as follows:

Plaintiff DJ Manufacturing Corporation is hereby **ORDERED** to pay defendant Tex-Shield, Inc. the amount of $583,416.00, plus prejudgment interest of $218,821.92 at the contractually agreed New Jersey rate of 7.5% for 1999, 7.0% for 2000, 7.5% for 2001, 8% for 2002, 5% for 2003 and 4% for 2004 up to the date hereof, plus post-judgment interest hereafter at rate of set forth in 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of September, 2004.

                                        s/ Jay A. Garcia-Gregory
                                        JAY A. GARCIA-GREGORY
                                        UNITED STATES DISTRICT JUDGE