IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

**DJ MANUFACTURING CORPORATION** :
:
    **Plaintiff** :
:
    vs. : CIVIL No. 97-1457 (JAG)
:
**TEX-SHIELD, INC.;** :
**XYZ INSURANCE COMPANIES,** :
:
    **Defendants** :
:
_____:

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

    Notice is hereby given that D.J. Manufacturing Corporation, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on 23rd day of September, 2004. Notice is further given that on this same date a motion for enlargement of the time within which to file this Notice of Appeal was filed pursuant to the provisions of FRAP 5(A)(ii).

    **IT IS CERTIFIED** that a true copy of the foregoing motion was filed on this same date, via electronic filing, with the USDC, and that copy hereof will be electronically served by the USDC electronic filing system directly upon the parties.

**NOTICE OF APPEAL**                                                                                      **PAGE -2-**

    In San Juan, Puerto Rico, this 17th day of November, 2004.

                                     **BIRD BIRD & HESTRES, P.S.C.**
                                     **ATTORNEY for PLAINTIFF**
                                     **DJ Manufacturing Corp.**
                                     **P.O. Box 9024040**
                                     **San Juan, PR 00902-4040**
                                     **Telephone: 787-721-0190**
                                     **Fax:       787-724-5305**
                                     **e-mail: ehestres@bbh-law.com**

                         **By:**   **S/EUGENE F. HESTRES**
                                     **Eugene F. Hestres**
                                     **PR-USDC 121310**

**OF COUNSEL:**

**KOSTOS & LAMER, P.C.**
**1608 Walnut Street, Suite 1300**
**Philadelphia, PA 19103**
**(215) 545-0570**