IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x
DJ MANUFACTURING CORPORATION, :
: CIVIL NO. 97-1457 (JAG)
Plaintiff, :
:
vs. :
:
TEX-SHIELD, INC.; :
XYZ INSURANCE COMPANIES, :
:
Defendants. :
---------------------------------------------------------x

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COMES NOW DEFENDANT Tex-Shield, Inc. ("Tex-Shield") through its undersigned counsel and respectfully alleges, states and prays:

Tex-Shield is filing simultaneously herewith an identical copy of a "Motion to Compel Deposition in Aid of Execution of Judgment, and for Sanctions" with exhibit, a paper version of which was filed with the Clerk on November 16, 2004 given the emergency nature of the motion and the inability to communicate with the Court's Internet service at the time of filing.

I hereby certify that on November 18, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of the filing to the following: Eugene F. Hestres, Esq. and Alicia Santos, Esq., Bird, Bird & Hestres, P.O. Box 9023128, San Juan, Puerto Rico 00902-3128; and will separately mail to Marc Lamer, Esq., Kostos & Lamer, P.C., 1608 Walnut Street, Suite 1300, Philadelphia, Pennsylvania 19103.

                        **s/ Pedro Jiménez**
                        Pedro Jiménez USDC PR 121912
                        Attorney for Petitioner/Defendant
                        U.S. Phone Mfg. Corporation
                        **Correa, Collazo, Herrero**

              **Jiménez & Fortuño**
              279 Ponce de León Avenue
              Hato Rey, PR 00917
              Tel. (787) 754-5000
              Fax (787) 754-1927
              E-mail: Pedro.Jimenez@lawpr.com
              pjime@icepr.com

Daniel M. Abuhoff (of counsel)
Timothy K. Beeken (of counsel)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000

       Attorneys for Defendant Tex-Shield, Inc.