# BIRD BIRD & HESTRES, P.S.C.

*Attorneys and Counselors at Law*
P.O. Box 9024040, San Juan, PR 00902-4040
301 Recinto Sur St., Suite 202
San Juan, PR 00901
Tel: 787-721-0190
Fax: 787-724-5305
e-mail: ehestres@bbh-law.com

ANTONIO M. BIRD (1915-1995)
ANTONIO M. BIRD, JR.
*of counsel*

EUGENE F. HESTRES

MANUEL E. MALDONADO PEREZ
NEFTALI GARCIA SANCHEZ
NESTOR MACHADO CORTES
ALICIA M. SANTOS IRIZARRY

November 15, 2004

**VIA FAX NO. 787-625-9803**

Katarina Stipec, Esq.
CORREA, COLLAZO, HERRERO
  JIMENEZ & FORTUÑO
Doral Bank Building, 2nd Floor
1445 F.D. Roosevelt Ave.
San Juan, PR 00920

Re: DJ Manufacturing Corporation
v. Tex-Shield, Inc., et al
Civil No. 97-1457 (SEC)
**BBH No. 60.20**

Dear Mrs. Stipec:

Our office is in receipt of your notice of Rule 30(b)(6) deposition of our client DJ Manufacturing Corporation in the above referenced matter.

We confirm our telephone conversation of this afternoon and the fact that our office intends to file today a notice of appeal in connection with this matter, and in the coming days will file the correspondent supersedeas bond to secure the effectiveness of the judgment. Accordingly, the Rule 30 deposition scheduled for tomorrow becomes moot and we confirm that our client will not attend said deposition.

Thank you for your attention.

Cordially,

EUGENE F. HESTRES

EFH/nmf
c: Marc Lamer, Esq.
   **VIA FAX (215) 545-4617**
   Daniel M. Abuhoff, Esq.
   **VIA FAX (212) 909-6836**

K:\60\20\KatarinaFax.let.wpd