IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------ x
DJ MANUFACTURING CORPORATION,                          :
                                                       :
                Plaintiff,                             :
                                                       :
        vs.                                            :  CIVIL NO. 97-1457(JAG)
                                                       :
TEX-SHIELD, INC.;                                      :
XYZ INSURANCE COMPANIES,                               :
                                                       :
                Defendants.                            :
------------------------------------------------------ x
```

**Motion for Leave to File a Reply Memorandum
in Further Support of Tex-Shield, Inc.'s
Urgent Motion to Compel Deposition in
Aid of Execution of Judgment and for Sanctions**

COMES NOW DEFENDANT Tex-Shield, Inc. ("Tex-Shield") through its undersigned counsel and respectfully alleges and prays.

On or about November 24, 2004 plaintiff D.J. Manufacturing Corporation ("DJ") filed an Opposition to Tex-Shield's Urgent Motion to Compel Deposition in Aid of Execution of Judgment, and for Sanctions (the "Opposition"). Tex-Shield understands that a brief reply to said opposition is required, so as to bring to this Court's attention, among other things, that DJ has not filed a supersedeas bond in this case. Tex-Shield's Reply Brief is being filed and tendered herewith.

WHEREFORE, pursuant to Rule 7(c) of the Local Rules of the United States District Court for the District of Puerto Rico, Tex-Shield hereby requests leave to file a reply memorandum to DJ's Opposition.

Respectfully submitted in San Juan, Puerto Rico on this 3rd day of December 2004.

I hereby certify that on December 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of the filing to the following: Eugene F. Hestres, Esq. and Alicia Santos, Esq., Bird, Bird & Hestres, P.O. Box 9023128, San Juan, Puerto Rico 00902-3128; and will separately mail to Marc Lamer, Esq., Kostos & Lamer, P.C., 1608 Walnut Street, Suite 1300, Philadelphia, Pennsylvania 19103.

                                        **s/ Pedro Jiménez**
                                        Pedro Jiménez USDC PR 121912
                                        Attorney for Petitioner/Defendant
                                        U.S. Phone Mfg. Corporation
                                        **Correa, Collazo, Herrero**
                                        Jiménez & Fortuño
                                        1445  F.D. Roosevelt Avenue
                                        San Juan, Puerto Rico  00920
                                        (787) 625-9999
                                        pjime@icepr.com
                                        Pedro.Jimenez@lawpr.com

Of Counsel:

Daniel M. Abuhoff
Timothy K. Beeken
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

                              Attorneys for Defendant Tex-Shield