IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO RECEIVED & FILED

04 DEC -9 PM 4: 37

BOND NO: 1306430401513'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

|  |  |  |
|---|---|---|
| DJ MANUFACTURING CORPORATION | : | |
| | : | CIVIL No. 97-1457 [JAG] |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| TEX-SHIELD, INC.; | : | |
| XYZ INSURANCE COMPANIES, | : | |
| | : | |
| Defendants | : | |

---

### SUPERSEDEAS BOND

WHEREAS, a Final Judgment on Arbitral Award was entered on September 23, 2004, in the above entitled case in favor of defendant Tex-Shield, Inc. ordering plaintiff DJ Manufacturing Corporation to pay said defendant the principal amount of $583,416.00 plus prejudgment interest of $218,821.92 at the contractually agreed New Jersey rate of 7.5% for 1999, 7.0% for 2000, 7.5% for 2001, 8% for 2002, 5% for 2003 and 4% for 2004 up to the date of the judgment, for a total of $802,237.92, plus post-judgment interest thereafter at the rate set forth in 20 U.S.C.§ 1961; and

WHEREAS, plaintiff DJ Manufacturing Corporation has filed a Notice of Appeal and in order to prevent the execution of the judgment entered pending the appeal process plaintiff DJ Manufacturing Corporation must post a bond to supersede the execution of the judgment and guarantee the satisfaction of said judgment and interests thereon until the final resolution of the appeal.

NOW, THEREFORE, we the undersigned, DJ Manufacturing Corporation, as Principal, and MAPFRE PRAICO INSURANCE COMPANY, a corporation organized under the laws of the Commonwealth of Puerto Rico, duly authorized to do bond business in the Commonwealth of Puerto Rico, as Surety, do bind and obligate ourselves to the payment of the Judgment that may be finally entered by the Circuit Court of Appeals, including principal, pre-judgment and ~~post-judgment~~ interests, affirming or modifying the Final Judgment on Arbitral Award subject of the appeal filed by plaintiff.

APPROVED: _____ U.S. DISTRICT JUDGE

It is a condition of this bond that if the Final Judgment on Arbitral Award rendered against the plaintiff in this case be reversed by the Circuit Court of Appeals, or if the Final Judgment on Arbitral Award rendered against the plaintiff is affirmed by the Circuit Court of Appeals, in whole or in part, and is fully satisfied by plaintiff DJ Manufacturing Corporation, then this obligation shall be void, otherwise it will remain in full force and effect.

SIGNED, SEALED and DATED, at _____San Juan_____, Puerto Rico, this __29____ day of November, 2004.


DJ Manufacturing Corporation          MAPFRE PRAICO INSURANCE COMPANY
  PRINCIPAL                                        SURETY

By: _____          By: _____
     Alejandro Baccani                    Vivian E. Quiñones Díaz
  President                                    Attorney-in-Fact


EFH\

## ACKNOWLEDGMENT OF SURETY

**COMMONWEALTH OF)**

**PUERTO RICO        )        ss.:   660441152**

**CITY OF SAN JUAN   )**                                    Affidavit No. __3,628__

On this _29TH_ day of _NOVEMBER_____, _2004_ before me personally came _____
_VIVIAN E. QUINONES DIAZ_____, of legal age, _MARRIED_____ and resident of _RIO GRANDE_ _____
to me know to be Attorney-in-fact of _____ _MAPFRE PRAICO INSURANCE COMPANY_____
the corporation described in the within instrument, and be acknowledged that he executed the within
instrument as the act of the said SURETY COMPANY in accordance with authority duly conferred upon him
by said Company by virtue of power dated ____ _SEPTEMBER 01_____, _1999_ the original of which is on file in the
office of the Hon. Commissioner of Insurance of Puerto Rico.

_____
Notary Public