IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| **DJ MANUFACTURING CORPORATION** : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | CIVIL No. 97-1457 (JAG) |
| : | |
| **TEX-SHIELD, INC.;** : | |
| **XYZ INSURANCE COMPANIES,** : | |
| : | |
| Defendants : | |
| : | |
| _____ : | |

### INFORMATIVE MOTION ON FILING OF SUPERSEDEAS BOND

**TO THE HONORABLE COURT:**

Comes now Plaintiff, DJ Manufacturing Corp. (hereinafter "DJM" or "Plaintiff"), through the undersigned attorneys, and respectfully states and prays:

1. On November 17, 2004, plaintiff filed a Notice of Appeal.

2. According to Rule 62(d) of the Federal Rules of Civil Procedure, "when an appeal is taken the appellant by giving a supersedeas bond may obtain a stay subject to the exceptions contained in subdivision (a) of this rule. The bond may be given at or after the time of filing the notice of appeal or of procuring the order allowing the appeal, as the case may be. The stay is effective when the supersedeas bond is approved by the court."

3. Pursuant to the provisions of the aforementioned Rule, on December 9, 2004, a supersedeas bond issued by **MAPFRE PRAICO INSURANCE COMPANY SURETY**, Bond No. **1306430401513,** was deposited

Informative Motion on Filing of Supersedeas Bond
Civil No. 97-1457 (JAG)
Page -2-

with the Cashier of the Clerk of Court, who upon verification with the Clerk's list of accepted sureties, approved the form of same, subject to this Honorable Court's final approval.

WHEREFORE, the appearing party respectfully prays from this Honorable Court that the supersedeas bond posted on December 9, 2004 be approved, and that the proceedings be stayed pending the appeal.

**IT IS CERTIFIED** that a true copy of the foregoing motion was filed on this same date, via electronic filing, with the USDC, and that copy hereof will be electronically served by the USDC electronic filing system directly upon the parties.

In San Juan, Puerto Rico, this 10th day of December, 2004.

**BIRD BIRD & HESTRES, P.S.C.**
**ATTORNEY for PLAINTIFF**
DJ Manufacturing Corp.
P.O. Box 9024040
San Juan, PR 00902-4040
Telephone: 787-721-0190
Fax:       787-724-5305
e-mail: asantos@bbh-law.com

By:  S/ALICIA M. SANTOS-IRIZARRY
     Alicia M. Santos Irizarry
     PR-USDC 222106

**OF COUNSEL:**

**KOSTOS & LAMER, P.C.**
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570