UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** December 14, 2004

**DC #:** 97-1457 (JAG)

**APPEAL FEE PAID:** YES ____ NO <u>X</u>

**CASE CAPTION:** DJ Manufacturing Corp. v. Tex-Shield, Inc.

**IN FORMA PAUPERIS:** YES ____ NO <u>X</u>

**MOTIONS PENDING:** YES ____ NO <u>X</u>

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Judgment entered on 09/23/04

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-38** | I |
| **Docket Entries 39-55** | II |
| **Docket Entries 57-94** | III |
| **Docket Entries 95-121** | IV |
| **Docket Entries 122-151** | V |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk