**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
---------------------------------------------------- x
DJ MANUFACTURING CORPORATION,         :
                                      :
                  Plaintiff,          :
                                      :
          vs.                         :       CIVIL NO. 97-1457(JAG)
                                      :
TEX-SHIELD, INC.;                     :
XYZ INSURANCE COMPANIES,              :
                                      :
                  Defendants.         :
---------------------------------------------------- x
```

**NOTICE OF CHANGE OF LEGAL REPRESENTATION
AND CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

COME NOW Defendants through the undersigned counsel and hereby state, allege and pray:

The undersigned Pedro Jiménez, as partner of and together with the firm of Correa, Collazo, Herrero, Jiménez & Fortuño ("Correa Collazo"),  has been representing defendants in this case.   Upon the election of a partner of the Correa Collazo firm as Puerto Rico's Resident Commissioner to the U.S. Congress, Correa Collazo is in the process of restructuring and reconfiguring its practice, and the undersigned has merged his practice with that of the firm of Adsuar, Muñiz, Goyco & Besosa, P.C.

Correa, Collazo, Herrero, Jiménez & Fortuño will no longer represent defendants in this case.  In its stead, the undersigned will continue his representation together with the firm of Adsuar, Muñiz, Goyco & Besosa, P.C.  Defendants have communicated their consent to the notice and request set forth herein.  The undersigned's new address is:

Pedro Jiménez
Adsuar Muñiz Goyco & Besosa, P.S.C.

WesternBank World Plaza Suite 1400
268 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel. (787) 756-9000
Fax (787) 756-9010
pjime@icepr.com
pjimenez@amgblaw.com

The electronic address on file for the undersigned, pjime@icepr.com will remain the same, but the former additional electronic address Pedro.Jimenez@lawpr.com will no longer reach the undersigned.  In its stead, the new alternate electronic address of the undersigned, apart from pjime@icepr.com, will be pjimenez@amgblaw.com.

WHEREFORE, defendants and the undersigned hereby request that counsel be substituted as noted above, that the firm of Correa, Collazo, Herrero, Jiménez & Fortuño be eliminated as counsel from the record of this case, that henceforth all notices of the Court or papers filed by counsel be sent to the undersigned at the address noted above, and that the electronic address Pedro.Jimenez@lawpr.com be substituted by pjimenez@amgblaw.com.

Respectfully submitted in San Juan, Puerto Rico on this 4th day of February, 2005.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of the filing to the following: Eugene F. Hestres, Esq. and Alicia Santos, Esq., Bird, Bird & Hestres, P.O. Box 9023128, San Juan, Puerto Rico 00902-3128; and will separately mail to Marc Lamer, Esq., Kostos & Lamer, P.C., 1608 Walnut Street, Suite 1300, Philadelphia, Pennsylvania 19103.

**s/ Pedro Jiménez**
Pedro Jiménez USDC PR 121912
Attorney for Defendant Tex-Shield, Inc.
Adsuar Muñiz Goyco & Besosa, P.S.C.
WesternBank World Plaza Suite 1400
268 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918

Tel. (787) 756-9000
Fax (787) 756-9010


Of Counsel:

Daniel M. Abuhoff
Timothy K. Beeken
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendant Tex-Shield